```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 15-04370-JJT
John Michael Bradley                                            Chapter 12
Rebecca S. Bradley
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-4          User: BWagner             Page 1 of 1            Date Rcvd: Jul 11, 2017
                              Form ID: nthrgreq         Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2017.
db/jdb         +John Michael Bradley,    Rebecca S. Bradley,    3799 Judson Hill Road,    Gillett, PA 16925-7886
4707023         Farm Service Agency,    RR5, Box 5030A,    Towanda, PA 18848
4707024        +Farm Service Agency PA,   US Dept. of Agriculture,    1 Credit Union Place, Ste. 320,
                 Harrisburg, PA 17110-2912
4747200         Guthrie Medical Group, P.C.,    c/o Burr & Reid, LLP,    400 Plaza Drive, PO Box 2308,
                 Binghamton, NY 13902-2308
4707027        +Law Office of Burr & Reid,    Collection Supervision,    PO Box 2308,   Binghamton, NY 13902-2308
4707029         Penelec - A First Energy Company,    PO Box 16001,    Reading, PA 19612-6001
4707030        +Phoenix Financial Service,    P.O. Box 361450,    Indianapolis, IN 46236-1450
4766405        +The Bank of New York Mellon Trust Company,    Robertson, Anschutz & Schneid,
                 6409 Congress Ave, Suite 100,    Boca Raton, FL 33487-2853
4707031        +Trident Asset Mgmt,    53 Perimeter Center East, Ste. 440,    Atlanta, GA 30346-2287
4747201         Troy Community Hospital,    c/o Burr & Reid, LLP,    400 Plaza Drive, PO Box 2308,
                 Binghamton, NY 13902-2308
4749747        +USA, acting through USDA, Farm Service Agency,    200 Lake Road, Suite D,
                 Towanda, PA 18848-9693
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4707022         E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 11 2017 18:47:39
                 Credit Collection Service,    P.O. Box 9134,    Needham Heights, MA 02494-9134
4707025        +E-mail/Text: paparalegals@pandf.us Jul 11 2017 18:47:41      Ford Credit,
                 c/o Gregg L. Morris, Esquire,    213 E. Main St.,   Carnegie, PA 15106-2701
4707026        +E-mail/Text: bkynotice@harvardcollect.com Jul 11 2017 18:47:43
                 Harvard Collection Services, Inc.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
4707028        +Fax: 407-737-5634 Jul 11 2017 18:54:47     Ocwen Loan Servicing,    Attn:Bankruptcy Department,
                 1661 Worthington Rd, Ste. 100,    West Palm Beach, FL 33409-6493
4710309         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2017 18:47:30
                 Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN
cr             The Bank of New York Mellon Trust Company
                                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2017 at the address(es) listed below:
          John Anthony DiGiamberardino    on behalf of Debtor John Michael Bradley jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          John Anthony DiGiamberardino    on behalf of Joint Debtor Rebecca S. Bradley jad@cdllawoffice.com,
           dmk@cdllawoffice.com
          Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture, Farm Service
           Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
           schwab@uslawcenter.com
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                              TOTAL: 6
```

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade): | Chapter: 12 |
| John Michael Bradley<br>aka J. Michael Bradley, aka Michael Bradley, aka Mike Bradley<br>Rebecca S. Bradley<br>**Debtor(s)** | Case number: 4:15−bk−04370−JJT |
| | Document Number: 35 |
| | Matter: Motion to Dismiss for Failure to Prosecute Case |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on October 8, 2015.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701** | **Date: August 25, 2017**<br>**Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **August 1, 2017**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: BWagner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 11, 2017 |