IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN MICHAEL BRADLEY, | : Chapter 12 |
| AKA J. MICHAEL BRADLEY, AKA MICHAEL | : |
| BRADLEY, AKA MIKE BRADLEY AND | : |
| REBECCA S. BRADLEY, | : |
| debtor | : Case No. 4-15-04370 |

**NOTICE**

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of August 31, 2017 has been set for objections to confirmation of the Second Amended Plan. Any objections to confirmation of the Second Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Second Amended Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court | Date: 10/13/17 |
| 240 W. 3rd St., 3rd floor, courtroom 3 | |
| Williamsport, PA 17701 | Time: 10:00 a.m. |

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Address of the Bankruptcy Clerk's Office:

240 W. 3rd St.
Williamsport, PA 17701
570-831-2500

Hours open: Monday – Friday 9:00 AM – 4:00 PM

Dated: 8/10/17  **CASE & DIGIAMBERARDINO, P.C.**

By: /s/John A. DiGiamberardino, Esquire
Attorney I.D. #41268
845 N. Park Road, Ste. 101
Wyomissing, PA 19610
(610) 372-9900
(610) 372-5469 -f ax
Attorney for Debtor