B6B (Official Form 6B) (12/07)

In re **John Michael Bradley,**
**Rebecca S. Bradley** Case No. **4:15-bk-04370**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **cash on hand** | **J** | **85.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Citizen's Bank - Savings Account** | **J** | **28.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **pennelec security deposit** | **H** | **766.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **misc. household goods and furnishings, furniture appliances and electronics typical to a double wide modular home** | **J** | **4,800.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **misc. CD's dvd movies, books, pictures and other collectibles** | **J** | **250.00** |
| 6. | Wearing apparel. | | **wearing apparel** | **J** | **800.00** |
| 7. | Furs and jewelry. | | **misc jewelry** | **J** | **1,000.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **270 shotgun, 30/06 rifle, 222 rifle, 25/06 rifle, 17 mm shotgun, 3 - 12 gauge shotguns, 3 - 22 rifles.** | **H** | **1,000.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **8,729.00**
(Total of this page)

**3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2015 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re   **John Michael Bradley,**
         **Rebecca S. Bradley**
                                                                                    Case No.   **4:15-bk-04370**
                                          Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | interest in Milk coop | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | John Michael Bradley,<br>Rebecca S. Bradley | Case No. | **4:15-bk-04370** |
|---|---|---|---|
| | Debtors | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband,<br>Wife,<br>Joint, or<br>Community | Current Value of<br>Debtor's Interest in Property,<br>without Deducting any<br>Secured Claim or Exemption |
|---|---|---|---|---|---|
| 22. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. | Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 GMC 1500 Siera with 177,777 miles | J | 2,500.00 |
| | | | 1999 Ford Ranger with 97,681 miles not 4 wheel drive | J | 1,500.00 |
| | | | 2007 Artic Cat 4 Wheeler 400 | J | 1,500.00 |
| | | | 1990 Ford F150 | J | 750.00 |
| | | | 1995 Fleetwood double wide mobile home | J | 5,000.00 |
| 26. | Boats, motors, and accessories. | X | | | |
| 27. | Aircraft and accessories. | X | | | |
| 28. | Office equipment, furnishings, and supplies. | X | | | |
| 29. | Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. | Inventory. | X | | | |
| 31. | Animals. | X | | | |
| 32. | Crops - growing or harvested. Give particulars. | | 25 acres (rented) standing corn silage, 225 tons haylage in silo, 20 tons corn silage | J | 7,500.00 |
| 33. | Farming equipment and implements. | | 3 tractors, 1 tractor cab, 1 skidsteer, 2 manure spreaders, 2 silage wagons, 1 corn planter, 1 hay rake, 1 discbine, 1 chopper, 1 baler, 1 plow, 1 oliver disc, 1 brush hog, 1 field sprayer, 1 feed cart, 1 generator and misc tools | J | 25,000.00 |
| | | | | Sub-Total ><br>(Total of this page) | 43,750.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **John Michael Bradley,**
**Rebecca S. Bradley**
,
Debtors

Case No. **4:15-bk-04370**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | | 1 ton grain feed | J | 500.00 |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | Sub-Total > (Total of this page) | **500.00** |
|---|---|---|
| | Total > | **52,979.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **John Michael Bradley,**             Case No. __4:15-bk-04370__
     **Rebecca S. Bradley**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| cash on hand | 11 U.S.C. § 522(d)(5) | 85.00 | 85.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First Citizen's Bank - Savings Account | 11 U.S.C. § 522(d)(5) | 28.00 | 28.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| pennelec security deposit | 11 U.S.C. § 522(d)(5) | 766.00 | 766.00 |
| **Household Goods and Furnishings** | | | |
| misc. household goods and furnishings, furniture appliances and electronics typical to a double wide modular home | 11 U.S.C. § 522(d)(3) | 4,800.00 | 4,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| misc. CD's dvd movies, books, pictures and other collectibles | 11 U.S.C. § 522(d)(3) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| wearing apparel | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| misc jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 270 shotgun, 30/06 rifle, 222 rifle, 25/06 rifle, 17 mm shotgun, 3 - 12 gauge shotguns, 3 - 22 rifles. | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 GMC 1500 Siera with 177,777 miles | 11 U.S.C. § 522(d)(2) | 2,500.00 | 2,500.00 |
| 1999 Ford Ranger with 97,681 miles not 4 wheel drive | 11 U.S.C. § 522(d)(2) | 1,500.00 | 1,500.00 |
| 2007 Artic Cat 4 Wheeler 400 | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| 1990 Ford F150 | 11 U.S.C. § 522(d)(5) | 750.00 | 750.00 |
| 1995 Fleetwood double wide mobile home | 11 U.S.C. § 522(d)(1) | 5,000.00 | 5,000.00 |
| | Total: | **19,979.00** | **19,979.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy