**LOCAL BANKRUPTCY FORM 9013-3**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

JOHN MICHAEL BRADLEY, AKA J. MICHAEL BRADLEY, AKA MICHAEL BRADLEY, AKA MIKE BRADLEY AND REBECCA S. BRADLEY

**Debtor(s)**

JOHN MICHAEL BRADLEY, AKA J. MICHAEL BRADLEY, AKA MICHAEL BRADLEY, AKA MIKE BRADLEY AND REBECCA S. BRADLEY

**Plaintiff(s)/Movant(s)**

vs.

USA, ACTING THROUGH USDA, FARM SERVICE AGENCY, PENNSYLVANIA DEPARTMENT OF REVENUE, OCWEN LOAN SERVICING, LLC, ET AL

**Defendant(s)/Respondent(s)**

CHAPTER 12

CASE NO. 4-15-bk-01370

ADVERSARY NO. __-__-ap-_____
 (if applicable)

Nature of Proceeding: Motion to Sell

Real Estate

Document #: 55

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

 This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

 The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

 Reason for the continuance.

The Debtors' attorney and Mario Hanyon, Esquire, the attorney for the Bank of New York, are requesting a continuance of 2-4 weeks to allow for ongoing settlement discussions.

 Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 1/25/18

s/John A. DiGiamberardino, Esquire

Attorney for DEBTOR

Name: John A. DiGiamberardino, Esquire

Phone Number: 610-372-9900

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.