LOCAL BANKRUPTCY FORM 3015-3(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

JOHN MICHAEL BRADLEY, : CHAPTER 12
AKA J. MICHAEL BRADLEY, AKA MICHAEL :
BRADLEY, AKA MIKE BRADLEY AND : CASE NO. 4 - 15 -bk- 04370
REBECCA S. BRADLEY, :
:
:
Debtor(s) :

**CHAPTER 12 INDIVIDUAL DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____John Michael Bradley_____, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on _____11/17/17_____.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1225(a)(7).

3. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED:_____ BY: _____
Counsel for Debtor

DATED: 3/23/18 BY: _____John M Bradley_____
Debtor