IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN MICHAEL BRADLEY, AKA J. MICHAEL BRADLEY, AKA MICHAEL BRADLEY, AKA MIKE BRADLEY AND REBECCA S. BRADLEY,<br>        debtor | : Chapter 12<br>:<br>:<br>:<br>: Case No. 4-15-04370 |
| IN RE: JOHN MICHAEL BRADLEY, AKA J. MICHAEL BRADLEY, AKA MICHAEL BRADLEY, AKA MIKE BRADLEY AND REBECCA S. BRADLEY,<br>        Movant<br>        v.<br>USA, ACTING THROUGH USDA, FARM SERVICE AGENCY, PENNSYLVANIA DEPARTMENT OF REVENUE, OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSETBACKED PASS-THROUGH CERTIFICATES SERIES 2005-RP2<br>        Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF NO OPPOSITION

    I, John A. DiGiamberardino, Esquire, attorney for debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances and the debtor requests that the court grant the debtor's Motion, without hearing, as the Motion is uncontested.

Date: 4/11/18

                                  **CASE & DIGIAMBERARDINO, P.C.**

                By:    s/John A. DiGiamberardino, Esquire
                        Attorney I.D. #41268
                        845 N. Park Rd., Ste. 101
                        Wyomissing, PA 19610
                        (610) 372-9900
                        (610) 372-5469 - fax
                        Attorney for debtor