```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 15-04370-JJT
John Michael Bradley                                                Chapter 12
Rebecca S. Bradley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: karendavi          Page 1 of 1          Date Rcvd: Apr 12, 2018
                              Form ID: pdf010          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
4749747        +USA, acting through USDA, Farm Service Agency,    200 Lake Road, Suite D,
                 Towanda, PA 18848-9693

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4707028        +Fax: 407-737-5634 Apr 12 2018 19:06:54     Ocwen Loan Servicing,    Attn:Bankruptcy Department,
                 1661 Worthington Rd, Ste. 100,   West Palm Beach, FL 33409-6493
4710309         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2018 18:52:36
                 Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                                TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
              Eric James Filer    on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com,
               ecf@uslawcenter.com
              John Anthony DiGiamberardino    on behalf of Debtor 2 Rebecca S. Bradley jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              John Anthony DiGiamberardino    on behalf of Debtor 1 John Michael Bradley jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              Mario John Hanyon    on behalf of Creditor   The Bank of New York Mellon Trust Company
               pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                                TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JOHN MICHAEL BRADLEY, AKA J. MICHAEL BRADLEY, AKA MICHAEL BRADLEY, AKA MIKE BRADLEY AND REBECCA S. BRADLEY,<br>    debtor | : Chapter 12<br>:<br>:<br>:<br>: Case No. 4-15-bk-04370-JJT |
| IN RE: JOHN MICHAEL BRADLEY, AKA J. MICHAEL BRADLEY, AKA MICHAEL BRADLEY, AKA MIKE BRADLEY AND REBECCA S. BRADLEY,<br>    Movant<br>v.<br>USA, ACTING THROUGH USDA, FARM SERVICE AGENCY, PENNSYLVANIA DEPARTMENT OF REVENUE, OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSETBACKED PASS-THROUGH CERTIFICATES SERIES 2005-RP2<br>    Respondents | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Upon consideration of the Debtors' Motion to Sell Real Estate Located at 3799 Judson Hill Road, Gillett, Bradford County, Pennsylvania, Free and Clear of Liens and Encumbrances Pursuant to 11 U.S.C. § 363, further consideration of the Objection of Ocwen Loan Servicing, LLC, as servicer for the Bank of New York Mellon Trust Company, National Association, fka The Bank of New York Trust Company, N.A. as successor to JP Morgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Assetbacked Pass-Through Certificates Series 2005-RP24-15-04370, and upon the consent of the Debtor and Ocwen Loan Servicing, and no other party objecting to the sale:

IT IS HEREBY ORDERED that the Motion is granted. The Movant shall be permitted to sell the real estate located at 3799 Judson Hill Road, Gillett, Bradford County, Pennsylvania, free and clear of all liens in accordance with the terms of the Agreement of Sale attached as Exhibit "A" to the Motion and to distribute the proceeds, to the extent available, in the following order of priority:

A. Payment of ordinary and necessary expenses incurred incident to the sale of the real estate, including but not limited to, the payment of transfer taxes, if any, deed preparation, notary fees, disbursal fees, current and past real estate taxes, and tax pro rations, tax certifications, delivery charges and outstanding statutory liens, if any.

B. Payment of the sum of $16,263.48, or the proceeds remaining after the payment of ordinary and necessary expense of the sale, whichever is greater, to Ocwen Loan Servicing.

C. Payment of an amount up to but not exceeding the then outstanding second mortgage balance owed to Farm Service Agency.

D. Payment of an amount up to but not exceeding the then outstanding tax lien balance owing the Pennsylvania Department of Revenue.

E. The entire remaining balance of the net proceeds of the sale, if any, shall be distributed to the Trustee to fund the Debtor's obligations under their Chapter 12 Plan.

IT IS FURTHER ORDERED that a HUD-1 settlement sheet shall be provided to the Chapter 12 Trustee within ten (10) days from the date of settlement.

IT IS FURTHER ORDERED that the stay provided by B.R.C.P. 6004(h) shall be inapplicable to this Order.

Dated: April 12, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (RPR)