B6A (Official Form 6A) (12/07)

In re **John Michael Bradley,**
**Rebecca S. Bradley**
                                                                          ,
                                             Debtors

Case No. __4:15-bk-04370__

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **John Michael Bradley,**  Case No. __4:15-bk-04370__
      **Rebecca S. Bradley**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash on hand | J | 85.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | First Citizen's Bank - Savings Account | J | 28.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | pennelec security deposit | H | 766.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | misc. household goods and furnishings, furniture appliances and electronics typical to a double wide modular home | J | 4,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | misc. CD's dvd movies, books, pictures and other collectibles | J | 250.00 |
| 6. Wearing apparel. | | wearing apparel | J | 800.00 |
| 7. Furs and jewelry. | | misc jewelry | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 270 shotgun, 30/06 rifle, 222 rifle, 25/06 rifle, 17 mm shotgun, 3 - 12 gauge shotguns, 3 - 22 rifles. | H | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                        Sub-Total >   **8,729.00**
                                                        (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John Michael Bradley,** Case No. **4:15-bk-04370**
**Rebecca S. Bradley**
                                                                                                    ,
                                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | interest in Milk coop | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2018 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **John Michael Bradley,
Rebecca S. Bradley** ,

Case No. **4:15-bk-04370**

Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 GMC 1500 Siera with 177,777 miles** | J | 2,500.00 |
| | | **1999 Ford Ranger with 97,681 miles not 4 wheel drive** | J | 1,500.00 |
| | | **2007 Artic Cat 4 Wheeler 400** | J | 1,500.00 |
| | | **1990 Ford F150** | J | 750.00 |
| | | **1995 Fleetwood double wide mobile home** | J | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | **3 tractors, 1 tractor cab, 1 skidsteer, 2 manure spreaders, 2 silage wagons, 1 corn planter, 1 hay rake, 1 discbine, 1 chopper, 1 baler, 1 plow, 1 oliver disc, 1 brush hog, 1 field sprayer, 1 feed cart, 1 generator and misc farming equipment** | J | 25,000.00 |
| | | | Sub-Total > (Total of this page) | 36,250.00 |

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **John Michael Bradley,**
     **Rebecca S. Bradley** ,

Case No. **4:15-bk-04370**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **44,979.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **John Michael Bradley,** Case No. **4:15-bk-04370**
**Rebecca S. Bradley**
,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2) *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash on hand | 11 U.S.C. § 522(d)(5) | 85.00 | 85.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| First Citizen's Bank - Savings Account | 11 U.S.C. § 522(d)(5) | 28.00 | 28.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| pennelec security deposit | 11 U.S.C. § 522(d)(5) | 766.00 | 766.00 |
| **Household Goods and Furnishings** | | | |
| misc. household goods and furnishings, furniture appliances and electronics typical to a double wide modular home | 11 U.S.C. § 522(d)(3) | 4,800.00 | 4,800.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| misc. CD's dvd movies, books, pictures and other collectibles | 11 U.S.C. § 522(d)(3) | 250.00 | 250.00 |
| **Wearing Apparel** | | | |
| wearing apparel | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| misc jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 270 shotgun, 30/06 rifle, 222 rifle, 25/06 rifle, 17 mm shotgun, 3 - 12 gauge shotguns, 3 - 22 rifles. | 11 U.S.C. § 522(d)(5) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 GMC 1500 Siera with 177,777 miles | 11 U.S.C. § 522(d)(2) | 2,500.00 | 2,500.00 |
| 1999 Ford Ranger with 97,681 miles not 4 wheel drive | 11 U.S.C. § 522(d)(2) | 1,500.00 | 1,500.00 |
| 2007 Artic Cat 4 Wheeler 400 | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| 1990 Ford F150 | 11 U.S.C. § 522(d)(5) | 750.00 | 750.00 |
| 1995 Fleetwood double wide mobile home | 11 U.S.C. § 522(d)(1) | 5,000.00 | 5,000.00 |
| | Total: | **19,979.00** | **19,979.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2018 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **John Michael Bradley,**
     **Rebecca S. Bradley**

Case No. **4:15-bk-04370**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Farm Service Agency PA**<br>**US Dept. of Agriculture**<br>**1 Credit Union Place, Ste. 320**<br>**Harrisburg, PA 17110** | | J | **Security interest**<br>**3 tractors, 1 tractor cab, 1 skidsteer, 2 manure spreaders, 2 silage wagons, 1 corn planter, 1 hay rake, 1 discbine, 1 chopper, 1 baler, 1 plow, 1 oliver disc, 1 brush hog, 1 field sprayer, 1 feed cart, 1 generator and misc farming equipmen**<br>Value $ 25,000.00 | | | | 25,000.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)    25,000.00    0.00

Total (Report on Summary of Schedules)    25,000.00    0.00

B6E (Official Form 6E) (4/13)

.

| | | |
|---|---|---|
| In re | **John Michael Bradley,** | Case No. __4:15-bk-04370__ |
| | **Rebecca S. Bradley** | |
| | Debtors | |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

    **_1_** continuation sheets attached

In re **John Michael Bradley,**
      **Rebecca S. Bradley**

Case No. **4:15-bk-04370**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 9772, 0241<br><br>G.H. Harris Associates, Inc.<br>P.O. Box 216<br>Dallas, PA 18612 | | J | 2003 - 2014<br><br>Earned income tax, per capita taxes | | | | 4,422.00 | 0.00 | 4,422.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    4,422.00    0.00    4,422.00

Total
(Report on Summary of Schedules)    4,422.00    0.00    4,422.00

B6F (Official Form 6F) (12/07)

In re **John Michael Bradley,**
  **Rebecca S. Bradley**
                                          ,
                   Debtors

Case No. **4:15-bk-04370**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1316** <br><br>**Armenia Mt. Emerg Phys**<br>**P.O. Box 37806**<br>**Philadelphia, PA 19101-0106** | | H | 9/29/15 <br><br> medical bill | | | | **1,118.00** |
| Account No. <br><br>**Beneficial Consumer Discount Co.**<br>**dba Beneficial Mortgage Co. of PA**<br>**1778 E. 3rd St.**<br>**Williamsport, PA 17701** | | J | possible personal loan - should be satisfied - formerly owed on debtor's residence | X | X | | **Unknown** |
| Account No. <br><br>**Commonwealth of PA**<br>**Dept. of Revenue**<br>**Dept. 280946**<br>**Harrisburg, PA 17128-0946** | | J | 1986, 1990, 1990 <br><br> personal income taxes. liened in 1994. Lien has lapsed. Now unsecured | | | | **695.00** |
| Account No. **4676XXXX** <br><br>**Credit Collection Service**<br>**P.O. Box 9134**<br>**Needham Heights, MA 02494-9134** | | H | original creditor - Progressive Insurance Co. | | | | **82.00** |

__3__ continuation sheets attached

Subtotal (Total of this page)   **1,895.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    S/N:35261-180731   Best Case Bankruptcy

Case 4:15-bk-04370-JJT   Doc 95   Filed 08/06/18   Entered 08/06/18 09:55:11   Desc
Main Document   Page 10 of 13

B6F (Official Form 6F) (12/07) - Cont.

In re **John Michael Bradley,**
**Rebecca S. Bradley**
_____,
Debtors

Case No. __**4:15-bk-04370**__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Credit**<br>**c/o Patenaude & Felix**<br>**4545 Murphy Canyon Rd., 3d fl.**<br>**San Diego, CA 92123** | | H | 2008<br><br>deficiency repossessed car - | X | X | | 5,042.00 |
| Account No. **bradfarm**<br><br>**H. Rockwell Son, Inc.**<br>**P.O. Box 197**<br>**Canton, PA 17724** | | J | farming supplies | | | | 29,560.00 |
| Account No. **1465XXXX**<br><br>**Harvard Collection Services, Inc.**<br>**4839 N. Elston Avenue**<br>**Chicago, IL 60630-2534** | | W | original creditor - Pendrick Capital Partners, LLC | | | | 806.00 |
| Account No. **3118, 2223,2237, 2262, 2525**<br><br>**Law Office of Burr & Reid**<br>**Collection Supervision**<br>**PO Box 2308**<br>**Binghamton, NY 13902** | | W | acct. #2429, medical bill - collection for Troy Community Hospital | | | | 4,570.00 |
| Account No. **0819XXXX**<br><br>**Law Office of Burr & Reid**<br>**400 Plaza Drive**<br>**PO Box 2308**<br>**Binghamton, NY 13902** | | W | medical bill - collection for Guthrie Medical Group | | | | 238.00 |

Sheet no. __**1**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,216.00

Software Copyright (c) 1996-2015 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **John Michael Bradley,**
**Rebecca S. Bradley**

Case No. **4:15-bk-04370**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **780022XXXX**<br><br>**Ocwen Loan Servicing**<br>**Attn:Bankruptcy Department**<br>**1661 Worthington Rd, Ste. 100**<br>**West Palm Beach, FL 33409** | | J | **deficiency on loan for 1995 Fleetwood doubewide mobile home 28 x 60 sold by Court Approved private sale** | | | | 10,000.00 |
| Account No. **4886**<br><br>**Penelec - A First Energy Company**<br>**PO Box 16001**<br>**Reading, PA 19612-6001** | | H | **electric service** | | | | 14,683.00 |
| Account No. **47837XXX**<br><br>**Phoenix Financial Service**<br>**P.O. Box 361450**<br>**Indianapolis, IN 46236** | | W | **medical bill - collection for Armenia Mt. Emergency Physician** | | | | 921.00 |
| Account No. **900574XXXX**<br><br>**Trident Asset Mgmt**<br>**53 Perimeter Center East, Ste. 440**<br>**Atlanta, GA 30346** | | W | **original creditor - Columbia House** | | | | 89.00 |
| Account No. **1246**<br><br>**Troy Community Hospital**<br>**275 Guthrie Drive**<br>**Troy, PA 16947-8115** | | H | **7/2/15, 9/29/15**<br><br>**medical bill** | | | | 4,368.00 |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    30,061.00

In re **John Michael Bradley,**
**Rebecca S. Bradley**

Case No. **4:15-bk-04370**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Burr & Reid, LLP**<br>**400 Plaza Drive**<br>**P.O. Box 2308**<br>**Binghamton, NY 13902-2308** | | | Representing:<br>**Troy Community Hospital** | | | | Notice Only |
| Account No.<br><br>**Troy Community Hospital**<br>**275 Guthrie Drive**<br>**Troy, PA 16947-8115** | | W | 2012<br><br>medical bill | | | | 3,386.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **3,386.00**

Total (Report on Summary of Schedules) **75,558.00**