```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 15-04370-JJT
John Michael Bradley                                           Chapter 7
Rebecca S. Bradley
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-4      User: KADavis        Page 1 of 1      Date Rcvd: Oct 22, 2018
                          Form ID: fnldec      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2018.
db/jdb         +John Michael Bradley,    Rebecca S. Bradley,    3799 Judson Hill Road,    Gillett, PA 16925-7886

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              John Anthony DiGiamberardino    on behalf of Debtor 2 Rebecca S. Bradley jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              John Anthony DiGiamberardino    on behalf of Debtor 1 John Michael Bradley jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Mario John Hanyon   on behalf of Creditor   The Bank of New York Mellon Trust Company
               pamb@fedphe.com
              Thomas I Puleo   on behalf of Creditor   United States Department of Agriculture, Farm Service
               Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John Michael Bradley,<br>aka J. Michael Bradley, aka Michael Bradley, aka Mike Bradley,<br>**Debtor 1** | Chapter 7<br><br>Case No. 4:15−bk−04370−JJT |
| Rebecca S. Bradley,<br>**Debtor 2** | |

Social Security No.:
        xxx−xx−9324        xxx−xx−3770

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 22, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)